ROSHAN D. SHAH, ESQ.
**SHAH LAW GROUP, LLC**
ATTORNEYS AT LAW
1040 Broad Street, Suite 304
Shrewsbury, NJ 07702
Telephone: (732) 398-6545
Facsimile: (732) 576-0027
*Attorneys for Defendants Borough of Palisades Park, George Beck, Stephanie Jang and Michael Gardner*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE**

| | |
|---|---|
| MICHAEL DEBARTOLO,<br><br>Plaintiff,<br><br>v.<br><br>BOROUGH OF PALISADES PARK, et al.,<br><br>Defendants. | Civil Action No.:<br><br>CIVIL ACTION<br><br>**NOTICE TO PLAINTIFF OF REMOVAL** |

Plaintiff Michael DeBartolo, by and through his attorneys, The Law Offices of Richard Malagiere, P.C., is hereby notified that, on February 11, 2026, Defendants Borough of Palisades Park, George Beck, Stephanie Jang and Michael Gardner filed the attached Notice of Removal with the United States District Court for the District of New Jersey, Newark Vicinage.

    Respectfully submitted,

    **SHAH LAW GROUP, LLC**
    *Attorneys for Defendants Borough of Palisades Park, George Beck, Stephanie Jang and Michael Gardner*

Dated: February 11, 2026

    By: /s/ Roshan D. Shah
        ROSHAN D. SHAH, ESQ.

1

## **CERTIFICATE OF SERVICE**

  I hereby certify that, on February 11, 2026, the foregoing was filed with the United States District Court for the District of New Jersey, and served upon all counsel of record, via the Court's CM/ECF filing system and regular mail.


Dated: February 11, 2026           /s/Roshan D. Shah
                       Roshan D. Shah, Esq.