ROSHAN D. SHAH, ESQ.
**SHAH LAW GROUP, LLC**
ATTORNEYS AT LAW
1040 Broad Street, Suite 304
Shrewsbury, NJ 07702
Telephone: (732) 398-6545
Facsimile: (732) 576-0027
*Attorneys for Defendants Borough of Palisades Park, George Beck, Stephanie Jang and Michael Gardner*

| | |
|---|---|
| MICHAEL DEBARTOLO,<br><br>Plaintiff,<br><br>v.<br><br>BOROUGH OF PALISADES PARK, et al.,<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY LAW DIVISION – BERGEN COUNTY<br><br>DOCKET NO. BER-L-8716-25<br><br>CIVIL ACTION<br><br>**NOTICE TO STATE COURT OF REMOVAL** |

      Defendants Borough of Palisades Park, George Beck, Stephanie Jang and Michael Gardner hereby gives notice of the removal of this action to the United States District Court for the District of New Jersey, Newark Vicinage. Attached hereto are the Notice to Plaintiff of Removal of Suit and the Notice of Removal, which were filed in said United States District Court.

      Respectfully submitted,

**SHAH LAW GROUP, LLC**
*Attorneys for Defendants Borough of Palisades Park, George Beck, Stephanie Jang and Michael Gardner*

Dated: February 11, 2026

By: /s/ Roshan D. Shah
    ROSHAN D. SHAH, ESQ.

## **CERTIFICATE OF SERVICE**

I hereby certify that, on February 11, 2026, the foregoing was filed with the Bergen County Superior Court, and served upon all counsel of record, via the Court's eCourts Civil system and regular mail.

Dated: February 11, 2026                                     /s/Roshan D. Shah
                                                                              Roshan D. Shah, Esq.