

Roshan D. Shah | Managing Partner
rshah@shahlg.com
P: 732-398-6545 | F: 732-576-0027

February 20, 2026

**VIA CM/ECF ONLY**
Hon. Evelyn Padin, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building
50 Walnut Street, MLK 4C
Newark, NJ 07101

      Re:    **DeBartolo v. Borough of Palisades Park, et al.**
             **Civil Action No. 2:26-cv-1394 (EP-JBC)**

Dear Judge Padin:

This Firm represents Defendants Borough of Palisades Park, George Beck, Stephanie Jang, and Michael Gardner in the above-referenced matter. With the consent of plaintiff's counsel, we respectfully request until March 13, 2026 for Defendants to serve a responsive pleading.

If Your Honor has any questions, please contact me. Thank you.

Respectfully submitted,

SHAH LAW GROUP, LLC

***/s/Roshan Shah***

ROSHAN D. SHAH, ESQ.
For the Firm

SO ORDERED

    __s/Evelyn Padin__
Evelyn Padin, U.S.D.J.

Date: 2/23/2026

c: All Counsel of Record