## PFUND MCDONNELL, P.C.
### ATTORNEYS AT LAW

DAVID T. PFUND #

MARY C. MCDONNELL #

GERALD A. SHEPARD
————————————————
ROBERT C. PRINGLE

DAVID J. GUZIK

# ALSO MEMBER OF NEW YORK BAR

139 PROSPECT STREET
SECOND FLOOR
RIDGEWOOD, NEW JERSEY
07450
————
Tel: (201)857-5040
Fax: (201) 857-5041
www.pfundmcdonnell.com

MORRIS COUNTY OFFICE

2001 US Hwy 46

Suite 104

Parsippany, NJ 07054

NEW YORK OFFICE

170 Old Country Road

Suite 608

Mineola, NY 11501

March 4, 2026

VIA CM/ECF
The Honorable Evelyn Padin, U.S.D.J.
United States District Court
District of New Jersey
M.L. King Jr. Federal Bldg. & US Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:    **DEBARTOLO v. BOROUGH OF PALISADES PARK et al**
         **Civil Action No: 2:26-cv-01394-EP-JBC**

Dear Judge Padin:

This office represents Defendant Chong Paul Kim, in the above matter. Please accept this letter in response to Plaintiff's February 23, 2026 letter requesting a Pre-Motion Conference to address plaintiff bringing a motion to remand this matter to the Superior Court of New Jersey, Law Division, Bergen County.

My office is amenable to a Pre-Motion Conference to address the issues set forth in Plaintiff's letter.

Thank you for your attention to the above.

Respectfully submitted

*/s/ Mary C. McDonnell*

**MARY C. MCDONNELL**

MCM/mm
cc: All counsel via ECF