THE LAW OFFICES OF
# RICHARD MALAGIERE
A PROFESSIONAL CORPORATION
www.malagierelaw.com

**Richard Malagiere**
*Member NJ & NY Bar*
*Registered Patent Attorney*

250 MOONACHIE ROAD
SUITE 300A
MOONACHIE, NJ 07074
201.440.0675
FAX: 201.440.1843

100 CHURCH STREET
SUITE 800
NEW YORK, NEW YORK 10007
212.879.5580
FAX: 212.879.5583

**Michael Kahn**
*Registered Patent Agent*
**Leonard E. Seaman**
*Certified Civil Trial Attorney*

Of Counsel
**Frank D. Rivellini**
**Francis J. DeVito**

**\*REPLY TO NJ OFFICE**

Writer's Direct Dial: 201.509-4180
Writer's e-mail: les@malagierelaw.com

March 17, 2026

**VIA CM/ECF**
The Honorable Evelyn Padin, U.S.D.J.
United States District Court
District of New Jersey
M.L. King Jr. Federal Bldg. & US Courthouse
50 Walnut Street
Newark, New Jersey 07102

> **Re: DEBARTOLO v. BOROUGH OF PALISADES PARK et al**
> **Civil Action No: 2:26-cv-01394-EP-JBC**

Dear Judge Padin:

This office represents plaintiff, Michael DeBartolo, in the above matter. Please accept this letter to address our February 23, 2026 request for a Pre-Motion Conference to discuss plaintiff's proposed motion to remand this matter to the Superior Court of New Jersey, Law Division, Bergen County (EFC No. 4).

The basis for the anticipated motion is that defendants' removal of this matter from the state court failed to satisfy the requirements of 28 U.S.C. § 1441(c) because the action does not include any claim arising under the Constitution, laws, or treaties of the United States, and, as a result, this Court lacks jurisdiction over the matter.

The Court's judicial preferences mandate that "[w]ithin seven (7) days after receipt of this letter, all adversaries must submit a written response, not to exceed three (3) single-spaced pages."

Defendant, Chong Paul Kim, (who did not remove the matter) submitted a timely response simply stating that counsel is amenable to a conference but did not take any substantive position on the matter (ECF No. 7).

The removing defendants, Michael Gardner, George Beck, the Borough of Palisades Park, and Stephanie Jang have not responded. I reached out to their attorney over the past weekend noting that their response was overdue. I requested that they provide one by March 16, 2026, but they have not done so.

Based on the foregoing, plaintiff respectfully submits that a pre-motion conference will not be helpful. We will file a motion to remand for the April 20, 2026 motion cycle unless Your Honor directs otherwise.

We appreciate the Court's attention to this matter.

Respectfully submitted,

 s/ Leonard Seaman
LEONARD E. SEAMAN

LES/me

cc:    All counsel (via eCOURTS)
       Client (via email)

2