

**SHAH LAW GROUP**

Christopher A. Khatami | Counsel
ckhatami@shahlg.com
P:  732-314-4979 | F: 732-576-0027

March 17, 2026

**<u>VIA ECF</u>**
Hon. Evelyn Padin, U.S.D.J.
United States District Court for
the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

> Re:   **<u>DeBartolo v. Borough of Palisades Park, et. al.</u>**
>          **Docket No.: 2:26-cv-01394-EP-JBC**

Dear Judge Padin:

This Firm represents Defendants Borough of Palisades Park, George Beck, Stephanie Jang, and Michael Gardner in the above-referenced matter.

We respectfully submit our response to Plaintiff's pre-motion conference letter filed on February 23, 2026. *See ECF No.* 4. The basis for Plaintiff's pre-motion conference letter is that he is not asserting any claims that raise any federal question and that we did not point to any of these claims as a basis for removal. *See Id.*

Contrary to Plaintiff's contention, our basis of removal of this matter to federal court is the language of Plaintiff's Complaint at paragraph 55, Count Three, which explicitly refers to retaliation against Plaintiff "for his exercise of his First Amended rights of speech and association." See *Compl.*, ¶¶ 53-56. This explicit reference to the First Amendment grounds Count Three in a federal constitutional claim, conferring jurisdiction upon this Court.

Further, the New Jersey Civil Rights Act 'was modeled after 42 U.S.C. § 1983, and creates a private cause of action for violations of civil rights secured under the New Jersey Constitution,'" *Greenman v. City of Hackensack*, 486 F. Supp. 3d 811, 837 (D.N.J. September 12, 2020), and "the Constitution or laws of the United States." N.J.S.A. § 10:6-2(c). NJCRA is a statutory vehicle by which a plaintiff can assert federal as well as state constitutional claims. The fact that Plaintiff uses the NJCRA as a vehicle to assert his First Amendment retaliation claim *does not* divest this Court of federal jurisdiction over what self-evidently is a federal constitutional claim under the First Amendment's free speech and association clauses.

March 17, 2026
DeBartolo v. Borough of Palisades Park, et. al.
Page 2

We stand ready to oppose Plaintiff's remand motion. We are available to attend the pre-motion conference at the Court's earliest convenience.

Thank you.

Respectfully Submitted,

SHAH LAW GROUP, LLC

*/s/ Christopher A. Khatami*

CHRISTOPHER A. KHATAMI, ESQ.
For the Firm

c:       All Counsel of Record.