# PFUND MCDONNELL, P.C.

## ATTORNEYS AT LAW

DAVID T. PFUND #

MARY C. MCDONNELL #

GERALD A. SHEPARD
_____

ROBERT C. PRINGLE

# ALSO MEMBER OF NEW YORK BAR

139 PROSPECT STREET
SECOND FLOOR
RIDGEWOOD,  NEW JERSEY
07450
————

Tel: (201)857-5040
Fax: (201) 857-5041
www.pfundmcdonnell.com

MORRIS COUNTY OFFICE

2001 US Hwy 46

Suite 104

Parsippany, NJ 07054

NEW YORK OFFICE

170 Old Country Road

Suite 608

Mineola, NY 11501

March 27, 2026

VIA CM/ECF
The Honorable Evelyn Padin, U.S.D.J.
United States District Court
District of New Jersey
M.L. King Jr. Federal Bldg. & US Courthouse
50 Walnut Street
Newark, New Jersey 07102

> **Re:   DEBARTOLO v. BOROUGH OF PALISADES PARK et al**
> **Civil Action No: 2:26-cv-01394-EP-JBC**

Dear Judge Padin:

This office represents Defendant Chong Paul Kim, in the above matter. Please accept this letter in response to the Court's Text Order of March 24, 2026.

Defendant Kim is the Mayor of Palisades Park and joins in the arguments set forth by codefendant Borough of Palisades Park in its response to Plaintiff's pre-motion conference letter filed on March 17, 2026. *See ECF No. 10*. Specifically, Defendants' basis of removal to federal court is the language of Plaintiff's Complaint at paragraph 55, Count Three, which explicitly refers to retaliation against Plaintiff "for his exercise of his First Amended rights of speech and association." See *Compl.*, ¶¶ 53-56. This explicit reference to the First Amendment grounds Count Three in a federal constitutional claim, conferring jurisdiction upon this Court.

Further, the New Jersey Civil Rights Act 'was modeled after 42 U.S.C. § 1983, and creates a private cause of action for violations of civil rights secured under the New Jersey Constitution,'" *Greenman v. City of Hackensack*, 486 F. Supp. 3d 811, 837 (D.N.J. September 12, 2020), and "the Constitution or laws of the United States." N.J.S.A. § 10:6-2(c). NJCRA is a statutory vehicle by which a plaintiff can assert federal as well as state constitutional claims. The fact that Plaintiff uses the NJCRA as a vehicle to assert his First Amendment retaliation claim *does not* divest this Court of federal jurisdiction over what self-evidently is a federal constitutional claim under the First Amendment's free speech and association clauses.

Thank you for your attention to the above.

Respectfully submitted

*/s/ Mary C. McDonnell*

**MARY C. MCDONNELL**

MCM/mm
cc: All counsel via ECF