**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

**(973) 776-7700**

| | |
|---|---|
| CHAMBERS OF | U.S. COURTHOUSE |
| **JAMES B. CLARK, III** | **50 WALNUT ST. ROOM 2060** |
| UNITED STATES MAGISTRATE JUDGE | **NEWARK, NJ 07102** |

March 31, 2026

**LETTER ORDER**

Re:    **DeBartolo v. Borough of Palisades Park, et al.**
**Civil Action No. 26-1394 (EP)**

Dear Counsel and Defendants,

The initial conference scheduled in this matter for **April 16, 2026 at 10:00 AM** is adjourned to

**May 12, 2026 at 10:30 AM**.


**IT IS SO ORDERED.**

        s/ James B. Clark, III
        **JAMES B. CLARK, III**
        **United States Magistrate Judge**