# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### (973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**

U.S. COURTHOUSE
50 WALNUT ST. ROOM 2060
NEWARK, NJ 07102

May 5, 2026

## LETTER ORDER

**Re:** **DeBartolo v. Borough of Palisades Park, et al.**
**Civil Action No. 26-1394 (EP)**

Dear Counsel and Defendants,

In light of Plaintiff's forthcoming motion to remand, the initial conference scheduled in this matter

for **May 12, 2026 at 10:30 AM** is adjourned to **August 31, 2026 at 10:30 AM**.


**IT IS SO ORDERED.**

           s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**