Richard Malagiere
Leonard E. Seaman
THE LAW OFFICES OF RICHARD MALAGIERE
A PROFESSIONAL CORPORATION
250 Moonachie Road, Suite 300A
Moonachie, New Jersey 07074
(201) 440-0675
Attorneys for Plaintiff, Michael DeBartolo

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MICHAEL DEBARTOLO,**<br><br>Plaintiff,<br><br>v.<br><br><br>**BOROUGH OF PALISADES PARK, ET AL.**<br><br>Defendants | Civ. Action No. 2:26-cv-01394-EP-JBC<br><br>**NOTICE OF MOTION TO REMAND** |

TO:  Roshan D. Shah, Esq.
      Christopher A. Khatami, Esq.
      SHAH LAW GROUP, LLC
      1040 Broad Street, Suite 304
      Shrewsbury, NJ 07702

**PLEASE TAKE NOTICE** that the undersigned attorneys for plaintiff,

Michael DeBartolo, will move before the Honorable Evelyn Padin, U.S.D.J. at the

United States District Courthouse for the District of New Jersey, M.L. King Jr.

Federal Bldg. & US Courthouse, 50 Walnut Street, Courtroom 4C, Newark, New

Jersey 07102, for an Order remanding this matter to the Superior Court of New

Jersey, Law Division, Bergen County, because defendant's removal of this matter from the state court failed to satisfy the requirements of 28 U.S.C. §1441(c) because the action does not include any claim arising under the Constitution, laws, or treaties of the United States, and, as a result, this Court lacks jurisdiction over the matter.

**PLEASE TAKE FURTHER NOTICE THAT** the return date is calculated to be June 1, 2026, at 10:00 a.m. or any date thereafter as set by the Court; the date for opposition, if any, is calculated to be on or before May 18, 2026; the date for reply, if any, is calculated to be on or before May 26, 2026. Litigants should submit one courtesy copy of all motion papers to the Court, unless the materials comprise more than one large binder, in which case they should be submitted on a USB drive. The courtesy copies should be single-sided and stapled as set forth in the judicial preferences of the Honorable Evelyn Padin, U.S.D.J. at:

https://www.njd.uscourts.gov/sites/njd/files/EPProcedures.pdf.

**PLEASE TAKE FURTHER NOTICE** that the undersigned shall rely upon the brief, declaration of Leonard E. Seaman, Esq., and certificate of service filed herewith in support of said application. A proposed form of order is annexed hereto.

[SIGNATURE APPEARS ON THE FOLLOWING PAGE]

2

s/ Leonard E. Seaman
Richard Malagiere
Leonard E. Seaman
Law Offices of Richard Malagiere
250 Moonachie Road, Suite 300A
Moonachie, NJ 07074
(201)440-0675
rm@malagierelaw.com
les@malagierelaw.com
Attorneys for Plaintiff, Michael DeBartolo

Dated: May 8, 2026

3