Richard Malagiere
Leonard E. Seaman
THE LAW OFFICES OF RICHARD MALAGIERE
A PROFESSIONAL CORPORATION
250 Moonachie Road, Suite 300A
Moonachie, New Jersey 07074
(201) 440-0675
Attorneys for Plaintiff, Michael DeBartolo

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **MICHAEL DEBARTOLO,**<br><br>       Plaintiff,<br>v.<br><br><br>**BOROUGH OF PALISADES PARK, ET AL.**<br><br>       Defendants | Civ. Action No. 2:26-cv-01394-EP-JBC<br><br>**[PROPOSED] ORDER** |

**THIS MATTER** having been opened to the court by plaintiff, Michael DeBartolo, for an Order remanding this matter to the Superior Court of New Jersey, Law Division, Bergen County, because defendants' removal of this matter from the state court failed to satisfy the requirements of 28 U.S.C. §1441(c) because the action does not include any claim arising under the Constitution, laws, or treaties of the United States, and, as a result, this Court lacks jurisdiction over the matter, and

the Court having considered the moving papers, opposition, and arguments of counsel, and good cause having been shown;

**IT IS** this _____ day of _____, 2026;

**ORDERED** that Plaintiff's motion to remand is **GRANTED**; and it is further;

**ORDERED** that this case is remanded to the New Jersey Superior Court, Law Division, Bergen County.

_____
Honorable Evelyn Padin, U.S.D.J.