Richard Malagiere
Leonard E. Seaman
THE LAW OFFICES OF RICHARD MALAGIERE
A PROFESSIONAL CORPORATION
250 Moonachie Road, Suite 300A
Moonachie, New Jersey 07074
(201) 440-0675
Attorneys for Plaintiff, Michael DeBartolo

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MICHAEL DEBARTOLO,**<br><br>Plaintiff,<br><br>v.<br><br>**BOROUGH OF PALISADES PARK, ET AL.**<br><br>Defendants | Civ. Action No. 2:26-cv-01394-EP-JBC<br><br>**CERTIFICATE OF SERVICE** |

The undersigned hereby certifies that on this date the Notice of Motion, brief,

Declaration of Leonard E. Seaman, Esq., and proposed form of order were filed and

served electronically via CM/ECF on all parties herein

> s/ Leonard E. Seaman
> Richard Malagiere
> Leonard E. Seaman
> Law Offices of Richard Malagiere
> 250 Moonachie Road, Suite 300A
> Moonachie, NJ 07074
> (201)440-0675
> rm@malagierelaw.com
> les@malagierelaw.com
> Attorneys for Plaintiff, Michael DeBartolo

Dated: May 8, 2026