SHAH LAW GROUP

Vanessa I. Craveiro, Esq. | Counsel
vcraveiro@shahlg.com
P: 732-852-5752 | F: 732-576-0027

October 16, 2026

**VIA ECF ONLY**
Honorable James B. Clark, III, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re: Michael DeBartolo v. Borough of Palisades Park, et al.**
**Docket No.: 2:26-cv-01394 (EP-JBC)**

Dear Judge Clark:

This firm represents Defendants Borough of Palisades Park, George Beck, Stephanie Jang, and Michael Gardner in the above-referenced matter. Pursuant to the Court's Pretrial Scheduling Order entered August 31, 2026, and Local Civil Rule 5.3, enclosed for Your Honor's review and consideration is a proposed Discovery Confidentiality Order.

The proposed Order is based on the form set forth in Appendix S to the Local Civil Rules. All parties, through counsel, have reviewed and consented to its form and entry with the following modifications to the Appendix S form:

- 16. No information that is in the public domain - including but not limited to information which is subject to disclosure under the Open Public Records Act, N.J.S.A. §47:1A-1 - or which is already known by the receiving party through proper means or which is or becomes available to a party from a source other than the party asserting confidentiality, rightfully in possession of such information on a non-confidential basis, shall be deemed or considered to be Confidential or Attorneys' Eyes Only material under this Confidentiality Order.—addition of the underlined text.
- 19. Upon final conclusion of this litigation, each party or other individual subject to the terms hereof shall be under an obligation to ~~assemble and to return to the originating source~~ [destroy] all originals and unmarked copies of documents and things containing Confidential or Attorneys' Eyes Only material or ~~to destroy all copies of such~~ material that contain and/or constitute attorney work product as well as excerpts, summaries and digests revealing Confidential or Attorneys' Eyes Only material; provided, however, that counsel may retain complete copies of all transcripts and court filings, including any exhibits attached thereto, for archival

> purposes, subject to the provisions of this Confidentiality Order. To the extent a party requests the return of Confidential or Attorneys' Eyes Only material from the Court after the final conclusion of the litigation, including the exhaustion of all appeals therefrom and all related proceedings, the party shall file a motion seeking such relief.—omit struck through language and moved bracketed language.

If the enclosed Order meets with Your Honor's approval, we respectfully request that it be signed and entered. We thank the Court for its attention to this matter.

Respectfully submitted,

SHAH LAW GROUP, LLC

***/s/ Vanessa I. Craveiro***

VANESSA I. CRAVEIRO, ESQ.
For the Firm

cc: All counsel of record (ECF Only)