VANESSA I. CRAVEIRO, ESQ. (062992013)
**SHAH LAW GROUP, LLC**
**ATTORNEYS AT LAW**
1040 Broad Street, Suite 304
Shrewsbury, NJ 07702
Phone: (732) 398-6545
Facsimile: (732) 576-0027
*Attorneys for Defendants Borough of Palisades Park,*
*George Beck, Stephanie Jang, and Michael Gardner*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK VICINAGE**

| | |
|---|---|
| MICHAEL DEBARTOLO,<br><br>Plaintiff,<br><br>v.<br><br>BOROUGH OF PALISADES PARK, CHONG PAUL KIM, GEORGE BECK, STEPHANIE JANG, and MICHAEL GARDNER,<br><br>Defendants. | Civil Action No.: 2:26-cv-01394 (EP-JBC)<br><br>CIVIL ACTION<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned, VANESSA I. CRAVEIRO, ESQ., of Shah Law Group, LLC, enters her appearance as counsel on behalf of Defendants, Borough of Palisades Park, George Beck, Stephanie Jang, and Michael Gardner.

**SHAH LAW GROUP, LLC**
*Attorneys for Defendants Borough of Palisades Park, George Beck, Stephanie Jang, and Michael Gardner*

By: */s/ Vanessa I. Craveiro*
VANESSA I. CRAVEIRO, ESQ.

Dated: October 16, 2026