**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**(973) 776-7700**

**CHAMBERS OF**
**JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**

**U.S. COURTHOUSE**
**2 FEDERAL SQUARE, ROOM 369**
**NEWARK, NJ 07101**

October 19, 2026

**LETTER ORDER**

**Re: DeBartolo v. Borough of Palisades Park, et al.**
**Civil Action No. 26-1394 (EP)**

Dear Counsel:

The Court is in receipt of a letter requesting entry of a Discovery Confidentiality Order in this matter. *See* Dkt. No. 22. The parties are to re-submit their proposed order with the signatures of all counsel.

**IT IS SO ORDERED.**

s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**