**UNITED STATES DISTRICT COURT**
**FOR THE District of New Jersey [LIVE]**
**Newark, NJ**

MICHAEL DEBARTOLO

Plaintiff,

v.

Case No.:
2:26−cv−01394−EP−JBC
Judge Evelyn Padin

BOROUGH OF PALISADES PARK, et al.

Defendant.

Clerk, Superior Court of New Jersey
Bergen County Justice Center
10 Main Street
Hackensack, NJ 07601

State No: BER−L−16−00025

**Dear Clerk of Court:**

Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.

Very truly yours,

CLERK OF COURT
By Deputy Clerk, dmr

encl.
cc: All Counsel